**FILED**

SEP 20 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DOUGLAS WILLIAMS<br><br>Defendants. | No. CR03-40049MHP<br><br>(~~PROPOSED~~) ORDER CONTINUING SENTENCING HEARING TO DECEMBER 3, 2007 |

WHEREFORE GOOD CAUSE APPEARING, AND UPON THE STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED THAT the Sentencing Hearing presently scheduled for October 15, 2007 is continued to December 3, 2007 at 9:00 a.m. ~~10:00 a.m.~~

SO ORDERED.

DATED: 9/20/07

Hon. MARILYN HALL PATEL
United States District Judge

STIPULATION & (PROPOSED) ORDER
CR03-40049MHP