AO 245B (Rev. 12/03) (CAND Rev. 3/07) Judgment in a Criminal Case - Probation

| | |
|---|---|
| DEFENDANT:       DOUGLAS WILLIAMS | Judgment - Page 3 of 5 |
| CASE NUMBER:   CR-03-00049-007 MHP | |

## SPECIAL CONDITIONS OF PROBATION

1)  The defendant shall not have contact with any co-defendant, in this case namely, those listed in CR 03-0049 MHP and CR 01-0344 MHP.

2)  The defendant shall pay any special assessment that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release.

3)  The defendant shall provide the probation officer access to any requested financial information, including tax returns, and shall authorize the probation office to conduct credit checks and obtain copies of income tax returns.

4)  The defendant shall not open any new lines of credit and/or incur new debt without the prior permission of the probation officer.

5)  The defendant shall serve 70 months in custody, **which is stayed**, so long as defendant complies with the terms and conditions of his probation.

6)  The defendant shall participate in the Home Confinement with Electronic Monitoring Program and shall abide by all the requirements of the program for a period of 12months, **with co-payment conditions waived.** The defendant is restricted to his/her residence at all times except for activities which have been pre-approved by the probation officer, including employment, education, religious services, medical, substance abuse, or mental health treatment, attorney visits, court appearances, or court ordered obligations. During the term of home confinement, the defendant shall abstain from the use of alcohol and submit to drug or alcohol testing as directed by the probation officer.

7)  The defendant shall not possess any false identification and shall provide his true identity at all times.

8)  The defendant shall submit his/her person, residence, office, vehicle, or any property under his/her control to a search. Such a search shall be conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to such a search may be grounds for revocation; the defendant shall warn any residents that the premises may be subject to searches.

9)  The defendant shall not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons.

10)  The defendant shall cooperate in the collection of DNA as directed by the probation officer.