1  DIANA L. WEISS (SBN 121150)
   Attorney At Law
2  1563 Solano Avenue Suite 223
   Berkeley, CA 94707
3  dianaweiss@sbcglobal.net
   Telephone: (510) 847-1012
4  Facsimile: (510) 525-1321

5  Attorney for Defendant
   DOUGLAS WILLIAMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) Case No: CR03-0049MHP |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANT'S MOTION TO TERMINATE PROBATION |
| Vs. | |
| DOUGLAS WILLIAMS | |
| Defendant | |

Plaintiff, by and through its attorney of record, and defendant, by and through their attorney of record, hereby stipulate and ask the Court to find as follows:

1. A hearing on defendant's Motion to Terminate Probation is currently scheduled for Monday, March 14, 2011 at 11:00 a.m.

2. Defense counsel has a matter that has been specially set in Oakland by Judge Armstrong at the same time as the hearing in this matter (*USA. V. Lal Bhatia* CR05-00334SBA).

3. That the parties therefore request that the hearing be continued to March 28, 2011 at 11:00 a.m. so that defendant can be represented by counsel at the hearing.

*USA v. Douglas Williams* CR03-0049MHP
Stip and Order Rescheduling Motion Hearing

4. That defense counsel has spoken with U.S. Probation Officer Richard Brown regarding this request and he is available on March 28, 2011.

4. Thus the parties respectfully request that the Court reschedule the March 14, 2011 hearing to March 28, 2011 at 11:00 a.m..

IT IS SO STIPULATED

Dated: March 9, 2011          /S/
                              DIANA L. WEISS
                              Attorney for Douglas Williams

Dated: March 9, 2011          /S/
                              CYNTHIA FREY
                              Assistant United States Attorney

[PROPOSED] ORDER

FOR GOOD CAUSE SHOWN, IT IS FOUND AND ORDERED THAT:

1. The currently scheduled March 14, 2011 hearing on Defendant's Motion to Terminate Probation is vacated. The Motion is now scheduled for 11:00 a.m. on March 28, 2011.

Dated: 3/10/2011              HONORABLE MARILYN H. PATEL
                              SENIOR UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Marilyn H. Patel*